THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

_____

IN RE:  ZELDA JOHNSON                         CHAPTER 13
       Debtor                                    CASE NO. 19-60825-RBC-13
_____

### MOTION TO CONVERT CASE TO CHAPTER 7

Comes now the Debtor, Zelda Johnson, by counsel, and advises the Court that, pursuant to Code section 1307(a), she is hereby converting her bankruptcy case to a case under Chapter 7 of the Bankruptcy Code.

Respectfully submitted,

Zelda Johnson
By Counsel


/s/ Robert S. Stevens

_____
Robert S. Stevens, Esq.
501 Grove Avenue
Charlottesville VA  22902
(434) 973-5012;  fax # 270-596-3752
    Counsel for Debtor

Dated:  July 10, 2024